USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLEAR COVE OPPORTUNITIES FUND LLC,

Plaintiff,

-against-

ADDICTION RECOVERY CARE LLC, TIM
ROBINSON, and ANGELICA CAPITAL TRUST

Defendants.

1:26-cv-01083-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Without authorization, Clear Cove filed a reply brief in further support of its application for preliminary injunctive relief, [ECF No. 26], after the Court had already entered for docketing its Order denying that application, [ECF No. 29]. Nothing in Clear Cove's unauthorized reply brief alters the analysis reflected in the Court's prior Order.

**SO ORDERED:**

**DATED: March 9, 2026**
     **New York, New York**

_____
**Mary Kay Vyskocil**
**United States District Judge**