Vedder Price
1633 Broadway, 31st Floor
New York, New York 10019

T:  +1 212 407 7700
F:  +1 212 407 7799
vedder.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2026

**Daniel C. Green**
Shareholder
+1 (212) 407 7735
dgreen@vedder.com

April 7, 2026

<u>**VIA CM/ECF**</u>

Hon. Mary Kay Vyskocil
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United State Courthouse
500 Pearl Street, Room 2230
New York, NY  10007

Re:    *Clear Cove Opportunities Fund I LLC v. Addiction Recovery Care LLC et al.*,
       <u>Case No. 26-cv-01083</u>

Your Honor:

This firm represents Plaintiff Clear Cove Opportunities Fund I LLC in the above matter.

I write in accordance with Rule 2(G) of this Court's Individual Practices, to request a brief adjournment of the Pretrial Conference currently scheduled for April 16, 2026 at 3:00 p.m., due to the fact that I have a long-scheduled doctor's appointment at 3:20 p.m. on that date that I cannot easily reschedule.

No party has previously requested an adjournment of this conference and all parties consent to the current request.

I am generally available April 17 – 24, 2026, save for a hearing at 3:30 p.m. on April 17 in New York State Supreme Court, New York County.

I thank the Court in advance for its consideration.

Respectfully submitted,

*/s/ Daniel C. Green*

Daniel C. Green

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

Chicago  |  Dallas  |  London  |  Los Angeles  |  Miami  |  New York  |  San Francisco  |  Singapore  |  Washington, DC

**Granted. SO ORDERED.**
The conference scheduled in this matter for April 16, 2026, is
hereby ADJOURNED to April 20, 2026, at 11:30 AM.

Date: 4/7/2026
New York, New York

Mary Kay Vyskocil
United States District Judge