# Clifford Chance

Direct Dial:
E-mail: anthony.candido@cliffordchance.com

**BY ECF**                                                                July 15, 2026

Honorable Mary Kay Vyskocil
United States District Judge, SDNY
United States Courthouse
500 Pearl St
New York, NY 10007

Re:    Proposed Stipulated Judgment [ECF No. 54]
       *Clear Cove Opportunities Fund I LLC v. Addiction Recovery Care LLC et al.*,
       26 Civ. 01083 (MKV)

Your Honor:

I write on behalf of Defendant Angelica Capital Trust ("Angelica") regarding the Proposed Stipulation of Judgment [ECF No. 54] filed by Plaintiff Clear Cove Opportunities Fund I LLC ("Clear Cove"). The Proposed Stipulation of Judgment appears to be the result of some negotiated resolution between Clear Cove and Defendants Addiction Recovery Care LLC ("ARC") and Tim Robinson. Angelica is not part of whatever arrangement there may be among those parties and has not consented and does not consent to the Proposed Stipulation of Judgment. In that connection, we note that the Proposed Stipulation of Judgment uses the word "Defendants" in a defined manner to refer only to ARC and Mr. Robinson, not Angelica.

Angelica objects to the wording in Paragraph 3 of the Proposed Stipulation of Judgment in that it recites that damages are awarded "consisting of . . . [a]n Employee Retention Credit Refund equaling $3,319,220.80." The nature of Clear Cove's interest in the Employee Retention Credit Refund – whether it is a property interest or security interest or neither – and its relationship to Angelica's interest in the ARC Employee Retention Credit Refunds is at the heart of Clear Cove's claim against Angelica, which remains to be litigated. Clear Cove's stipulation with other parties should in no way prejudice Anglica's rights. For that reason, we suggest that if the Court were to enter judgment on the stipulation that Paragraph 3 be rephrased to read in its entirety simply as "Damages are awarded jointly and severally in the amount of Three Million Nine Hundred Forty

**Clifford Chance US LLP**
Two Manhattan West · 375 9th Avenue · New York, NY 10001
Tel +12128788000 · cliffordchance.com

1

Clifford Chance

**Clifford Chance US LLP**

Thousand Four Hundred Seventy Dollars and Two Cents ($3,940,470.02)," *i.e.*, without characterization of the amounts.

Respectfully submitted,

_____

Anthony M. Candido

CLIFFORD CHANCE US LLP
*Attorneys for Defendant*
*Angelica Capital Trust*

cc:    All Counsel of Record (*via* ECF)