Vedder Price
1633 Broadway, 31st Floor
New York, New York 10019

T:  +1 212 407 7700
F:  +1 212 407 7799
vedder.com



**Daniel C. Green**
Shareholder
+1 (212) 407 7735
dgreen@vedder.com

July 22, 2026

<u>**VIA CM/ECF**</u>

Hon. Mary Kay Vyskocil
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, NY  10007

Re:   *Clear Cove Opportunities Fund I LLC v. Addiction Recovery Care et al.*,
        26-CV-1083-MKV

Your Honor:

The parties jointly submit this letter regarding the status of the above matter, pursuant to the Court's April 20, 2026 Civil Case Management Plan and Scheduling Order (ECF No. 44; the "<u>Scheduling Order</u>"), and in connection with the upcoming July 29, 2026 status conference.

### a.  A statement of any existing deadlines, due dates and/or cut-off dates

All fact discovery is currently scheduled to be completed by August 18, 2026, with any expert discovery to be completed by October 19, 2026.

### b.  A brief description of any outstanding motions and other submissions

On April 24, 2026, Defendants Addiction Recovery Care LLC and Tim Robinson (the "<u>ARC Defendants</u>") filed a motion to dismiss the claims of Plaintiff Clear Cove Opportunities Fund I LLC ("<u>Clear Cove</u>") under Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, to transfer this case to the United States District Court for the Southern District of Florida under 28 U.S.C. § 1404(a) (ECF No. 45; ECF No. 46).  That motion was fully briefed as of May 22, 2026 (ECF No. 47; ECF No. 50).

On June 4, 2026, counsel for the ARC Defendants moved, by Order to Show Cause, for leave to withdraw, although that Order to Show Cause was never signed by the Court.

On July 13, 2026, Clear Cove and the ARC Defendants submitted a stipulated judgment (the ("<u>ARC Judgment</u>") to be So Ordered by the Court, stipulating to entry of judgment against the ARC Defendants on Clear Cove's breach of contract claims for the amounts stated therein, and

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

Chicago  |  Dallas  |  London  |  Los Angeles  |  Miami  |  New York  |  San Francisco  |  Singapore  |  Washington, DC

July 22, 2026
Page 2

to dismissal with prejudice of Clear Cove's unjust enrichment claim (ECF No. 54).  On July 15, 2026, Defendant Angelica Capital Trust ("Angelica") filed a letter to the Court regarding the ARC Judgment objecting to the wording in Paragraph 3 and requesting that such paragraph be rephrased to read "Damages are awarded jointly and severally in the amount of Three Million Nine Hundred Forty Thousand Four Hundred Seventy Dollars and Two Cents ($3,940,470.02)" (ECF No. 55).

Clear Cove and Angelica anticipate submitting a stipulated proposed protective order prior to the July 29, 2026 status conference.

### c. A brief description of the discovery undertaken and if either party believes any additional discovery needs to be completed

Clear Cove and Angelica have exchanged initial disclosures, interrogatories and requests for document production, and responses to same.  Those parties have also begun the process of gathering responsive documents for production.

On July 20, 2026, Angelica served a set of Requests for Admission and an additional Request for Production upon Clear Cove, to which Clear Cove has not yet responded.

The parties do not anticipate engaging experts or taking expert discovery.

### d. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference

Clear Cove and the ARC Defendants reached a settlement pursuant to which Clear Cove and the ARC Defendants filed the ARC Judgment to be So Ordered (ECF No. 54).

Counsel for Clear Cove and Angelica have held numerous prior settlement discussions regarding the controversy between their clients (and the client principals have had a number of direct discussions).  While no resolution has been reached, those discussions continue.  Clear Cove and Angelica are not in need of a settlement conference at this time.

### e. A statement of the anticipated length of trial and whether the case is to be tried to a jury

The Court previously directed that any trial shall not exceed three days.

No party has served a demand for a jury trial within the time required by Fed. R. Civ. P. 38(b).

### f. A statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony

Clear Cove has not yet determined whether it will file a motion for summary judgment.  Angelica anticipates that it will likely seek summary judgment after the close of discovery.

Clear Cove and Angelica do not anticipate filing motions to exclude expert testimony.

July 22, 2026
Page 3

**g. Any other issue that the parties would like to address at the conference**

 As noted above, Clear Cove and Angelica (the remaining actively litigating parties) have not yet concluded the exchange of documents or taken depositions, but have mutually agreed that expert discovery is not necessary.  Accordingly, Clear Cove and Angelica request that the close of fact discovery be extended from August 18, 2026, to October 19, 2026, the date previously established as the close of expert discovery.

**h. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial**

None.

July 22, 2026
Page 4

Respectfully submitted,

VEDDER PRICE P.C.                              SCHLAM STONE & DOLAN LLP


By: */s/ Daniel C. Green*                      By: */s/ John Moore*

  Mitchell D. Cohen                              Jeffrey M. Eilender
  Daniel C. Green                                John Moore
  1633 Broadway, 31st Floor                      26 Broadway
  New York, New York 10019                       New York, NY 10004
  mcohen@vedder.com                              jme@schlamstone.com
  dgreen@vedder.com                              jmoore@schlamstone.com

  *Counsel for Plaintiff*                        *Counsel for Defendants*
  *Clear Cove Opportunities Fund I LLC*          *Addiction Recovery Care LLC and*
                                                 *Tim Robinson*


                                               CLIFFORD CHANCE US LLP


                                               By: */s/ Anthony Mathias Candido*

                                                 Anthony Mathias Candido
                                                 Two Manhattan West
                                                 375 9th Avenue
                                                 New York, NY 10001
                                                 anthony.candido@cliffordchance.com

                                                 *Counsel for Defendant*
                                                 *Angelica Capital Trust*