Vedder Price
1633 Broadway, 31st Floor
New York, New York 10019

T:  +1 212 407 7700
F:  +1 212 407 7799
vedder.com



**Daniel C. Green**
Shareholder
+1 (212) 407 7735
dgreen@vedder.com

July 28, 2026

**VIA CM/ECF**

Hon. Mary Kay Vyskocil
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, NY  10007

Re:    *Clear Cove Opportunities Fund I LLC v. Addiction Recovery Care et al.*,
       26-CV-1083-MKV

Your Honor:

Plaintiff Clear Cove Opportunities Fund I LLC ("Clear Cove"), Defendant Angelica Capital Trust ("Angelica") and Defendants Addiction Recovery Care LLC and Tim Robinson (the "ARC Defendants") submit this joint letter in response to the Court's July 24, 2026 Scheduling Order (ECF No. 57), requesting additional information regarding the anticipated impact of the recently-submitted stipulated proposed judgment between Clear Cove and the ARC Defendants (the "Stipulated Judgment").

1.    **The anticipated impact of the Proposed Judgment on any claims that would remain in this action:**

The Parties agree that while the Stipulated Judgment would resolve the claims by Clear Cove against the ARC Defendants, it would not impact the remaining claim for a Declaratory Judgment by Clear Cove against Angelica.  Clear Cove recognizes that, in order to obtain judgment on this claim, it must still convince the Court that its interest in the Employee Retention Credit refund due to ARC for the first quarter of 2021 is superior to Angelica's interest in that same refund.

2.    **The anticipated impact of the Proposed Judgment on the proceedings in *Angelica Capital Trust v. Addiction Recovery Care LLC, et al.*, No 26-CV-241 (S.D.N.Y.) (the "Related Action"):**

**Clear Cove's Position:**        The Court's So Ordering of the Stipulated Judgement would render Clear Cove a judgment creditor, whose rights with respect to the funds held in escrow in the Related Action would be at least equivalent to those of Angelica (who is also not yet a

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

July 28, 2026
Page 2

judgment creditor).  Accordingly, those escrowed funds should not be distributed until this Court has determined which of Clear Cove and Angelica has the superior interest.

**Angelica's Position:**          Angelica agrees with Clear Cove that the So Ordering of the Proposed Stipulated Judgment would have the effect of making Clear Cove a judgment creditor. Angelica understands Clear Cove's position to be that the entry of the Proposed Stipulated Judgment would have no other effect than that with respect to Angelica's rights vis-à-vis Clear Cove, *e.g.*, that the wording would not have the effect of declaring Clear Cove to have a property interest in the ERC Tax Receivables; it would simply have the effect of granting Clear Cove judgment in a certain amount.  Angelica agrees with that view, but continues to propose that the wording be changed as Angelica suggested in its letter to the Court dated, July 15, 2026 [ECF No. 55] to remove any ambiguity on this score and to align with this understanding of the effect of the Propose Stipulated Judgment.

On July 27, 2026, the AAA Tribunal issued an arbitration award in Angelica's favor against the ARC Defendants (and various affiliates of ARC) (the "Award").  Pursuant to Judge Daniel's order [*Angelica Capital Trust v. Addiction Recovery Care LLC et al*., 26 Civ. 241 (GBD), ECF No. 113], Angelica promptly notified Clear Cove of the issuance of the Award.  Angelica will seek confirmation of the Award, and at that point the ARC funds that Judge Daniels restrained in aid of Angelica's Arbitration will be subject to distribution as Judge Daniels may order.

July 28, 2026
Page 3

Respectfully submitted,

VEDDER PRICE P.C.

By: */s/ Daniel C. Green*

Mitchell D. Cohen
Daniel C. Green
1633 Broadway, 31st Floor
New York, New York  10019
mcohen@vedder.com
dgreen@vedder.com

*Counsel for Plaintiff*
*Clear Cove Opportunities Fund I LLC*

CLIFFORD CHANCE US LLP

By: */s/ Anthony Mathias Candido*

Anthony Mathias Candido
Two Manhattan West
375 9th Avenue
New York, New York  10001
anthony.candido@cliffordchance.com

*Counsel for Defendant*
*Angelica Capital Trust*

SCHLAM STONE & DOLAN LLP

By: */s/ John Moore*

Jeffrey M. Eilender
John Moore
26 Broadway
New York, New York  10004
jme@schlamstone.com
jmoore@schlamstone.com

*Counsel for Defendants*
*Addiction Recovery Care LLC and*
*Tim Robinson*