USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLEAR COVE OPPORTUNITIES FUND LLC,

Plaintiff,

-against-

ADDICTION RECOVERY CARE LLC, TIM
ROBINSON, and ANGELICA CAPITAL TRUST

Defendants.

1:26-cv-01083-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

Counsel for all Parties appeared before the Court this morning, July 29, 2026, for a scheduled Status Conference.

As discussed at the Conference, it is HEREBY ORDERED that, as requested in the Parties' joint status letter, [ECF No. 56] at 1, the time for fact discovery is extended through October 19, 2026.  No further extensions will be granted.

It is FURTHER ORDERED that the Parties shall appear before the Court for a Post-Discovery Conference on October 28, 2026, at 11:00 AM.  One week before that Conference, the Parties shall file a joint letter concerning the status of the case.  That letter shall, in particular, advise the Court whether the Parties intend to engage in motion practice.

**The Parties are on notice that failure to comply with Court Orders, the Federal Rules of Civil Procedure, the Local Rules for the Southern District of New York, this Court's Individual Rules of Practice in Civil Cases, the Parties' discovery obligations, or any applicable rules of ethics may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal or default judgment.**

**SO ORDERED:**

**DATED: July 29, 2026**
**New York, New York**

_____
**Mary Kay Vyskocil**
**United States District Judge**