**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CLEAR COVE OPPORTUNITIES FUND I LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADDICTION RECOVERY CARE LLC, TIM ROBINSON, and ANGELICA CAPITAL TRUST,<br><br>Defendants. | No. 1:26-cv-01083-GBD |

**NOTICE OF PLAINTIFF CLEAR COVE OPPORTUNITIES FUND I LLC'S MOTION FOR RECONSIDERATION OF PRIOR ORDER PURSUANT TO FED R. CIV. P. 54(b)**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all the papers and proceedings heretofore had herein, Plaintiff Clear Cove Opportunities Fund I LLC, by and through its counsel Vedder Price P.C., will move this Court before the Hon. George B. Daniels, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, in Courtroom 11A, at a date and time to be determined by the Court, for (1) reconsideration of the August 18, 2026 Order denying Clear Cove's motion for entry of partial final judgment (ECF No. 68); and (2) entry of the stipulated judgment filed by Clear Cove Opportunities Fund I LLC as a partial final judgment (ECF No. 62-1).

Dated: New York, New York
September 2, 2026

Respectfully submitted,

**VEDDER PRICE P.C.**

By: */s/ Daniel C. Green*

Mitchell D. Cohen
mcohen@vedder.com
Daniel C. Green
dgreen@vedder.com
1633 Broadway, 31st Floor
New York, New York 10019
T: +1 212 407 7700
F: +1 212 407 7799

*Attorneys for Plaintiff Clear Cove Opportunities Fund I LLC*