**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CLEAR COVE OPPORTUNITIES FUND I LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADDICTION RECOVERY CARE LLC, TIM ROBINSON, and ANGELICA CAPITAL TRUST,<br><br>Defendants. | No. 1:26-cv-01083-GBD |

**CERTIFICATE OF SERVICE**

I HERBEY CERTIFY that on September 2, 2026, Clear Cove Opportunities Fund I LLC's (i) Notice of Motion for Reconsideration of Prior Order Pursuant to Fed R. Civ. P. 54(b), and (ii) Memorandum of Law in Support of its Motion for Reconsideration of Prior Order Pursuant to Fed. R. Civ. P. 54(b) were filed with the Clerk of this Court by CM/ECF, and that true and correct copies of the same were served electronically upon counsel who have appeared for the parties in this action, as listed below, by operation of the Court's e-filing system.

CLIFFORD CHANCE US LLP
Anthony Mathias Candido
Two Manhattan West
375 9th Avenue
New York, NY 10001
anthony.candido@cliffordchance.com

*Counsel for Petitioner Angelica Capital Trust*

SCHLAM STONE & DOLAN LLP
Jeffrey M. Eilender
John Moore
26 Broadway
New York, New York 10004
Jeilender@Schlamstone.Com
Jmoore@Schlamstone.Com

*Counsel for Defendants Addiction Recovery Care LLC and Tim Robinson*

Dated: New York, New York
September 2, 2026

Respectfully submitted,

VEDDER PRICE P.C.

By: */s/ Daniel C. Green*

Mitchell D. Cohen
mcohen@vedder.com
Daniel C. Green
dgreen@vedder.com
1633 Broadway, 31st Floor
New York, New York 10019
T: +1 212 407 7700
F: +1 212 407 7799