UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLEAR COVE OPPORTUNITIES FUND I LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADDICTION RECOVERY CARE LLC, TIM ROBINSON, and ANGELICA CAPITAL TRUST,<br><br>Defendants. | No. 1:26-cv-01083-GBD |

**NOTICE OF PLAINTIFFCLEAR COVE OPPORTUNITIES FUND I LLC'S MOTION TO DISMISS WITH PREJUDICE ITS CLAIM AGAINST DEFENDANT ANGELICA CAPITAL TRUST**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all of the papers and proceedings heretofore had herein, Plaintiff Clear Cove Opportunities Fund I LLC, by and through its counsel Vedder Price P.C., will move this Court before the Hon. George B. Daniels, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, in Courtroom 11A, at a date and time to be determined by the Court, for entry of an Order dismissing with prejudice Clear Cove Opportunities Fund I LLC's claim (Fourth Cause of Action) against Angelica Capital Trust pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: New York, New York
September 21, 2026

Respectfully submitted,

**VEDDER PRICE P.C.**

By: */s/ Daniel C. Green*

Mitchell D. Cohen
mcohen@vedder.com
Daniel C. Green
dgreen@vedder.com
1633 Broadway, 31st Floor
New York, New York 10019
T: +1 212 407 7700
F: +1 212 407 7799

*Attorneys for Plaintiff Clear Cove Opportunities Fund I LLC*