**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CLEAR COVE OPPORTUNITIES FUND I LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADDICTION RECOVERY CARE LLC, TIM ROBINSON, and ANGELICA CAPITAL TRUST,<br><br>Defendants. | No. 1:26-cv-01083-GBD |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF CLEAR COVE OPPORTUNITIES FUND I LLC'S MOTION TO DISMISS WITH PREJUDICE ITS CLAIM AGAINST DEFENDANT ANGELICA CAPITAL TRUST**

Plaintiff Clear Cove Opportunities Fund I LLC ("Clear Cove"), through its attorneys, Vedder Price P.C., respectfully moves the Court pursuant to Fed. R. Civ. P. 41(a)(2) for an order dismissing Clear Cove's claim against defendant Angelica Capital Trust ("Angelica") with prejudice, and states as follows:

1. On February 27, 2026, Clear Cove filed its First Amended Complaint (ECF No. 12), asserting four claims:

(a) First Cause of Action: Breach of Contract against defendant Addiction Recovery Care LLC ("ARC");

(b) Second Cause of Action: Breach of Contract against defendant Tim Robinson ("Robinson");

(c) Third Cause of Action (pleaded in the alternative): Unjust Enrichment against ARC and Robinson; and

(d) Fourth Cause of Action: Declaratory Judgment Against Angelica.

2. No defendant has asserted any counterclaims, cross-claims or third-party claims.

3. On July 30, 2026, Clear Cove moved pursuant to Fed. R. Civ. P. 54(b) for entry of a stipulated judgment that it had entered into with ARC/Robinson (the "Stipulated Judgment") as a partial final judgment (ECF No. 60).

4. On August 18, 2026, the Court denied Clear Cove's motion on various procedural grounds (ECF No. 68).

5. On August 20, 2026, this action was reassigned to the Hon. George B. Daniels and designated as related to the action captioned *Angelica Capital Trust v. Addiction Recovery Care LLC*, No. 26-cv-00241-GBD.

6. On September 2, 2026, based upon these changed procedural circumstances, Clear Cove moved for reconsideration pursuant to Fed. R. Civ. P. 54(b) of the denial of its prior motion for entry of the Stipulated Judgment as a partial final judgment (ECF No. 69).

7. On September 18, 2026, Angelica submitted a letter to the Court withdrawing any previously stated opposition to entry of the Stipulated Judgment as final (ECF No. 72).

8. Granting Clear Cove's unopposed motion for reconsideration and entering the Stipulated Judgment will fully resolve *all* of Clear Cove's claims against ARC/Robinson:

(a) First Cause of Action: Judgment in Clear Cove's favor;

(b) Second Cause of Action: Judgment in Clear Cove's favor; and

(c) Third Cause of Action: Dismissal with prejudice.

9. Granting Clear Cove's current motion for dismissal of its lone claim against Angelica—the Fourth Cause of Action—will thus fully and finally resolve *all* claims asserted by any party within this action.

10. Accordingly, Clear Cove respectfully requests that the Court enter an Order pursuant to Fed. R. Civ. P. 41(a)(2) dismissing Clear Cove's Fourth Cause of Action against Angelica with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: New York, New York
September 21, 2026

Respectfully submitted,

**VEDDER PRICE P.C.**

By: */s/ Daniel C. Green*

Mitchell D. Cohen
mcohen@vedder.com
Daniel C. Green
dgreen@vedder.com
1633 Broadway, 31st Floor
New York, New York 10019
T: +1 212 407 7700
F: +1 212 407 7799

*Attorneys for Plaintiff*
*Clear Cove Opportunities Fund I LLC*