**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CLEAR COVE OPPORTUNITIES FUND I LLC,

Plaintiff,

v.

ADDICTION RECOVERY CARE LLC, TIM ROBINSON, and ANGELICA CAPITAL TRUST,

Defendants.

No. 1:26-cv-01083 (GBD)

**STIPULATED JUDGMENT**

Plaintiff Clear Cove Opportunities Fund I LLC ("Plaintiff"), by its attorneys, Vedder Price, P.C., and defendants Addiction Recovery Care LLC ("ARC") and Tim Robinson ("Robinson"), by their attorneys, Schlam Stone & Dolan LLP, submit this Stipulated Judgment (the "Judgment") for entry by the Court, and the Court having reviewed the Judgment and determined that there exists no just reason for delay:

**NOW**, upon the stipulation of Plaintiff, ARC, and Robinson, and ARC and Robinson having consented to the relief set forth herein:

**IT IS HEREBY STIPULATED AS FOLLOWS:**

1. Judgment is hereby entered in favor of plaintiff Clear Cove Opportunity Fund I LLC, a limited liability company organized under the laws of the State of New York with an office and principal place of business in New York County, and against defendant Addiction Recovery Care LLC, a limited liability company formed pursuant to the laws of the State of Kentucky with an office and principal place of business in Louisa, Kentucky, for Breach of Contract, the First Cause of Action asserted by Plaintiff.

2. Judgment is hereby entered in favor of Plaintiff and against Tim Robinson, an individual residing within the State of Kentucky, for Breach of Contract, the Second Cause of Action asserted by Plaintiff.

3. Damages are awarded jointly and severally in the amount of Three Million Nine Hundred Forty Thousand Four Hundred Seventy Dollars and Two Cents ($3,940,470.02).

4. Post-judgment interest is awarded at the default rate described in 28 U.S.C. § 1961(a) and shall begin immediately accruing and shall accrue on the unpaid balance of the Judgment until the Judgment is paid in full.

5. Plaintiff is awarded all recoverable attorneys' fees and costs of court incurred in connection with this action and enforcement of this Judgment.

6. Plaintiff's Third Cause of Action, Unjust Enrichment, is dismissed with prejudice.

7. This Judgment finally disposes of all claims as between Plaintiff, ARC, and Robinson and is a final judgment.

**JUDGMENT** signed and entered SEP 2 3 2026

ENTER:

George B. Daniels

HON. George B. Daniels

**AGREED AS TO FORM AND SUBSTANCE:**

By: /s/ Daniel C. Green
Mitchell D. Cohen
mcohen@vedder.com
Daniel C. Green
dgreen@vedder.com
1633 Broadway, 31st Floor
New York, New York 10019
T: +1 212 407 7700
F: +1 212 407 7799

*Attorneys for Plaintiff Clear Cove Opportunities Fund I LLC*

By: [signature]
Jeffrey M. Eilender
jeilender@schlamstone.com
John Moore
jmoore@schlamstone.com
26 Broadway
New York, New York 10004
T: +1 212 344 5400
F: +1 212 344 7677

*Attorneys for Defendants Addiction Recovery Care LLC and Tim Robinson*