**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CLEAR COVE OPPORTUNITIES FUND I LLC, :

Plaintiff, :

-against- :

ADDICTION RECOVERY CARE LLC, TIM ROBINSON, and ANGELICA CAPITAL TRUST, :

Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

26 Civ. 1083 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of Plaintiff Clear Cove Opportunities Fund I LLC's ("Clear Cove") and Defendant Angelica Capital Trust's ("Angelica") agreement to settle their dispute, (*see Angelica Capital Trust v. Addiction Recovery Care LLC et al.*, 26 Civ. 241 (GBD) (the "*Angelica Action*"), ECF No. 135,) Clear Cove's motion to dismiss with prejudice its claim against Angelica pursuant to Federal Rule of Civil Procedure 41(a)(2), (ECF No. 73,) is GRANTED.

Pursuant to the Stipulated Judgment, (ECF No. 76,) Clear Cove shall receive $1,101,718.19 of the funds restrained by this Court and currently deposited in a Truist Bank Corporate Trust and Escrow account. (*See Angelica Action*, ECF Nos. 111, 135.) Defendant Addiction Recovery Care LLC and Truist Bank shall transfer those funds as directed by Clear Cove, and in accordance with any wire instructions they provide.

Clerk of Court is directed to close the open motions at ECF Nos. 69 and 73 and this case.

Dated: September 23, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge